# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff, :     Case No. 3:03-cr-169

        District Judge Walter Herbert Rice
-vs-     Chief Magistrate Judge Michael R. Merz

        :

JONATHON MOORE,

    Defendant.

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #79), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on January 10, 2006, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Defendant's Motion to Vacate under 28 U.S.C. §2255 be, and it hereby is, denied on the merits and with prejudice. Defendant is likewise denied leave to appeal *in forma pauperis* and any requested certificate of appealability.

January 24, 2006.

                                      Walter Herbert Rice
                                      United States District Judge